# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-9028-GW(PLAx) | Date | November 13, 2018 |
|---|---|---|---|
| Title | *Jason Frank Law, PLC v. Michael J. Avenatti* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric M. George | Michael J. Avenatti, PRO SE, by telephone |

**PROCEEDINGS:** STATUS CONFERENCE

Court and counsel confer. Defendant will take the proper steps to correct the deficiencies indicated in the Court's Order [9] issued on November 8, 2018.

Defendant will have until noon on November 15, 2018 to respond to Plaintiff's Ex Parte Application to Remand Case [10]. The matter will stand submitted. Court to issue ruling.

| | : | 05 |
|---|---|---|
| Initials of Preparer | JG | |