

**United States District Court**
Central District of California
**Office of the Clerk**

Cristina M. Squieri Bullock
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

Sara Tse Soo Hoo
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

November 20, 2018

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 27 2018

Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy

Re:  Case Number: ____2:18-cv-09028-GW-PLA____
     Previously Superior Court Case No. ____BC706555____
     Case Name: ____Jason Frank Law, PLC v. Michael J. Avenatti____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____11/19/2018____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Margo Mead_
Deputy Clerk
margo_mead@cacd.uscourts.gov

FILED
2018 DEC 14 AM 10:23

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Date: 11/27/2018

Clerk, Superior Court

By: **PAUL CRUZ**
_____
Deputy Clerk

CV-103 (05/18)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)